

# INVOICE

601 Carlson Parkway, Suite 1250
Minnetonka, MN  55305
Phone: (952) 924-9920
www.compforensics.com
info@compforensics.com

9/30/13

Invoice #4903
Project: More Law

**Bill To:**

Satveer Chaudhary
More Law
310 4th Ave. South
Sute 5010
Minneapolis, MN  55415
satveer@chaudharylaw.com

| Quantity | Date | Description | Unit price | Amount |
|---|---|---|---|---|
| 1 | 09/12/13 | Device Imaging-0 to 500GB | $ 300.00 | $ 300.00 |
| 1 | 09/13/13 | Device Imaging-0 to 500GB | $ 300.00 | $ 300.00 |
| 6.25 | 09/16/13 | Analysis | $ 275.00 | $ 1,718.75 |
| 1.25 | 09/16/13 | Submittal Preparation | $ 275.00 | $ 343.75 |
| **Subtotal** | | | | $ 2,662.50 |

Make all checks payable to Computer Forensic Services. If you have any questions concerning this invoice, contact Mark Lanterman at (952) 924-9920, mlanterman@compforensics.com.
**Thank you for your business!**

| | |
|---|---|
| **Retainer** | $ 600.00 |
| **Balance due** | $ 2,062.50 |