| | |
|---|---|
| **From:** | David Streeter |
| **To:** | bill.hanlon@morelawmpls.com |
| **Cc:** | Kimberly Hanlon |
| **Subject:** | Re: Stored Data |
| **Date:** | Friday, October 11, 2013 11:48:52 AM |

Thank you for your email.

David K. Streeter
Director of Operations
Computer Forensic Services
601 Carlson Parkway
Suite 1250
Minnetonka, MN  55305
952-924-9920 office
952-924-9921 fax
www.compforensics.com

---

**From:** "bill.hanlon@morelawmpls.com" <bill.hanlon@morelawmpls.com>
**Date:** Friday, October 11, 2013 11:37 AM
**To:** David Streeter <dstreeter@compforensics.com>
**Cc:** Kimberly Hanlon <kimberly.hanlon@morelawmpls.com>
**Subject:** Stored Data

Hello David.

I am writing in response to our phone conversation about the data that you currently have stored as a result of the analysis of one PC and one laptop computer. No further work is required on this data. Please delete the data from your files.

Thank you.

Bill Hanlon
MoreLaw Minneapolis, LLC

Traditional and Virtual Office Solutions for Attorneys
310 4th Avenue South, Suite 5010
Minneapolis, MN 55415
(612) 206-3702 Telephone
(612) 206-3170 Facsimile

bill.hanlon@morelawmpls.com
www.morelawmpls.com