| | |
|---|---|
| **From:** | Mark Lanterman |
| **To:** | satveer@chaudharylawoffice.com |
| **Cc:** | David Streeter; bill.hanlon@morelawmpls.com; sara.hanlon@morelawmpls.com; kimberly.hanlon@morelawmpls.com |
| **Subject:** | Confidential |
| **Date:** | Sunday, January 12, 2014 4:28:22 PM |
| **Attachments:** | 20130912 More Law-CFS Invoice 4903.pdf |

Mr. Chaudhary,

I am writing to ask your assistance in getting our invoice paid. As you know, you asked CFS to perform work related to concerns you had raised regarding More Law. You told me that you had discovered that one of the paralegals provided to you by More Law has felony convictions for identify theft in Wyoming, Florida, Pennsylvania and other locations. In a subsequent phone call between the two of us and More Law, the work was approved. Both you and More Law agreed at that time that More Law would be responsible for the fees incurred.

My September 30th invoice (attached) remains unpaid. Last Friday, after the invoice was already months past due, I received the email below from Bill Hanlon requesting a payment plan to begin in March. This was never discussed prior to now and is, frankly, unacceptable.

I am scheduled for a call with More Law Monday at 1pm. If we are unable to get this matter resolved, I will need to escalate our collection efforts. These efforts will include a claim and lien against the data which will result in a public auction of your data.

Please let me know if you have any questions.

Very best regards.

Mark
---
Mark Lanterman
Chief Technology Officer
Computer Forensic Services
601 Carlson Parkway
Suite 1250
Minnetonka, MN  55305
952-924-9920 office
952-924-9921 fax
www.compforensics.com

---

**From:** "bill.hanlon@morelawmpls.com" <bill.hanlon@morelawmpls.com>
**Date:** Friday, January 3, 2014 4:59 PM
**To:** David Streeter <dstreeter@compforensics.com>

**Cc:** Sara Hanlon <sara.hanlon@morelawmpls.com>, Kimberly Hanlon <kimberly.hanlon@morelawmpls.com>
**Subject:** Invoice

Hello David.

I am writing in response to our telephone conversation earlier today regarding payment of the outstanding invoice. We are currently not in a position financially to pay anything on that invoice at this time. I would like to set up a payment schedule for payments starting in March. I realize that seems like a long time to wait, but the funds will not be available before then. We were completely blindsided by this, thinking that the $600.00 we paid initially was the full cost. Had we known that it would be $2,600.00 we would not have pursued this course. I appreciate your patience in this matter.

Thank you.

Bill Hanlon
MoreLaw Minneapolis, LLC

Traditional and Virtual Office Solutions for Attorneys
310 4th Avenue South, Suite 5010
Minneapolis, MN 55415
(612) 206-3702 Telephone
(612) 206-3170 Facsimile

bill.hanlon@morelawmpls.com
www.morelawmpls.com