**From:** "Hunter Thomson" <Thomson@braunhagey.com>
**To:** "Joseph Lanterman" <jlanterman@compforensics.com>
**Subject:** RE: Confidential and Privileged CFS Invoice - Spectrum Scientific v. Celestron
**Date:** Fri, 23 Jul 2021 01:11:42 -0000
**Importance:** Normal

Joe,

Thanks for passing this along.  Our accounting department will not process this without significantly more detail.  In particular, for the approximately 51 hours identified as "Analysis," we will need to know what was done and on what devices.  Fifty-one hours also seems like a lot of time for analysis on these drives, particularly since many of the devices were apparently beyond their usable life and did not have any recoverable data, so we will need more substantiation about the work performed.

I'm happy to get on a call to talk tomorrow.

Thanks,

Hunter B. Thomson
BRAUN**HAGEY** & BORDEN LLP

Direct:  (415) 508-4963

---

**From:** Joseph Lanterman <jlanterman@compforensics.com>
**Sent:** Wednesday, July 7, 2021 1:07 PM
**To:** Hunter Thomson <Thomson@braunhagey.com>
**Subject:** Confidential and Privileged CFS Invoice - Spectrum Scientific v. Celestron



DEFENDANT'S EXHIBIT B

**\*\*\* EXTERNAL MESSAGE \*\*\***

Hello Hunter,

Attached, please find the most CFS current invoice. Please expect an invoice from 360 Security Services in the next day or two.

If you have any questions or concerns regarding this invoice, please feel free to contact me. We appreciate your prompt payment.

Best regards,

#144.1

Joe

**Joseph Lanterman**

Director of Finance

**Computer**Forensic Services

Pence Building
800 Hennepin Ave., 5th Floor
Minneapolis, MN 55403
952-924-9920 office
952-924-9921 fax

jlanterman@compforensics.com
www.compforensics.com

**#144.2**