**From:** "Joseph Lanterman" <jlanterman@compforensics.com>
**To:** "Hunter Thomson" <Thomson@braunhagey.com>
**Subject:** Confidential and Privileged CFS Invoices - Spectrum Scientific v. Celestron
**Date:** Thu, 23 Sep 2021 18:21:15 +0000
**Importance:** Normal
**Attachments:** Invoice_102757.pdf; Invoice_102634.pdf; Invoice_102633.pdf

---

**\*\*\* EXTERNAL MESSAGE \*\*\***

Hello Hunter,

I hope you are doing well!

Attached, please find the most current invoice. I have also attached the other outstanding invoices for this matter.

Please note that CFS continues to host a significant amount of data (the forensic images) on this project. We will need to begin billing for this hosting starting Oct. 1, 2021. We can either delete the images from our servers, or we can host the data at $3.45 per GB per month. It's my understanding that productions were already made to your Relativity provider, but CFS has not been authorized to destroy the images.

Please let me know what you would like to do ASAP.

If you have any questions or concerns regarding this invoice, please feel free to contact me. We appreciate your prompt payment.

Best regards,
Joe

**Joseph Lanterman**
Director of Finance
**Computer**Forensic Services
Pence Building
800 Hennepin Ave., 5th Floor
Minneapolis, MN 55403
952-924-9920 office
952-924-9921 fax
jlanterman@compforensics.com
www.compforensics.com



**#35.1**