# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

**Ronald J. Fisher, Esq.**
fisher@braunhagey.com

November 8, 2021

**VIA EMAIL**

Jason Heilman
Computer Forensic Services
800 Hennepin Avenue
Fifth Floor
Minneapolis, MN 55403
Email: jheilman@360security.services

> Re:    Inappropriate Contacts – *Spectrum Scientifics v. Celestron*, Case No. 5:20-cv-03642-EJD (N.D. Cal.)

Mr. Heilman,

We understand that you contacted Dan and Maline Fish, our clients in the above-captioned case, and demanded that they personally pay invoices that we have already explained are disputed, while insinuating that their property might be destroyed if payment is not made. This contact is inappropriate in numerous respects, not least given that your contract is with our firm, not the Fishes.

Further inquiries about the invoices should be directed to our office. As we have already explained, your firm's attempt to bill computer time as 'analyst time' is neither industry-standard nor authorized under the parties' contract. As we have also stated, we are happy to have a conversation about reasonable payment for the services rendered, but that requires that your office provide detailed invoices that exclude computer time, which we understand based on our conversations with Joe far exceeds the 2.4 hours represented in your last correspondence.

Very truly yours,

Ronald J. Fisher

> **DEFENDANT'S
> EXHIBIT**
>
> **D**

**San Francisco**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel. & Fax: (415) 599-0210

**New York**
7 Times Square, 27th Floor
New York, NY 10036-6524
Tel. & Fax: (646) 829-9403

**#180.1**