

November 9, 2021

*Via Email*
Ron Fisher
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Fisher@braunhagey.com

    Re: *Spectrum Scientifics v. Celestron*, Case: 5:20-cv-03642-EJD (N.D. Cal.)

Mr. Fisher,

Please let this letter serve as a response to your November 8, 2021 letter to Mr. Heilman.

We will continue to make whatever contacts we deem necessary. I have made no fewer than five (5) attempts to work this out with you and your firm. Each of these attempts went unanswered. As you are well aware, CFS and 360 have provided services and your firm and the client have benefitted from them. For that, we have not been paid a cent.

In any event, our contacts are completely appropriate. First, the communications with the Fishes were about the very subject matter they keep *calling us* about—the documents. Second, BraunHagey & Borden is in breach of the contract for non-payment. We have made attempts to keep moving forward, but again you have chosen to ghost us. CFS and 360 are now longer bound by any confidentiality obligation. We consider all property in our possession abandoned and will dispose of it as appropriate.

Unfortunately, the opportunity to keep this between us has expired. You will be noticed with an arbitration demand shortly. I will notify interested parties of this development.

                                                       Mark Lanterman
                                                       Chief Technology Officer
                                                       Computer Forensic Services

800 HENNEPIN AVENUE, 5TH FLOOR, MINNEAPOLIS, MN 55403
T 952-924-9920  U WWW.COMPFORENSICS.COM



#202.1