**From:** Ron Fisher <Fisher@braunhagey.com>
**To:** Mark Lanterman <mlanterman@compforensics.com>
**Cc:** Jason Heilman <jheilman@360security.services>, Hunter Thomson <Thomson@braunhagey.com>, Caitlin Shaw <Shaw@braunhagey.com>, Matt Borden <borden@braunhagey.com>
**Subject:** RE: Spectrum Scientifics v. Celestron, Case No. 5:20-cv-03642-EJD (N.D. Cal.)
**Date:** Wed, 17 Nov 2021 22:22:41 +0000
**Importance:** Normal

Mr. Lanterman,

I'm writing in response to your November 9 letter. You have actual knowledge that the documents referenced in your letter are evidence relevant to pending proceedings in a federal court. Should you and your company elect to destroy and spoliate such evidence as retaliation in connection with a good faith contractual dispute, you do so at your own considerable risk. If the issue is that your company no longer wishes to have possession of or store the documents, please advise when they can be collected and we will make the necessary arrangements.

I believe you also received my email of earlier today to Ms. Vold. Please feel free to get in touch to schedule a time to discuss arrangements regarding arbitration.

We continue to be puzzled by your extraordinarily aggressive approach to this issue. We have on several occasions advised you that we are willing to have a conversation with you about reasonable payment for services rendered to resolve this dispute, but that doing so would require your office to provide detailed invoices that exclude computer time, which we understand based on our conversations with Joe far exceeds the 2.4 hours you have previously represented. In response, we have received threats to destroy evidence that was placed into your care, and an arbitration demand. To put it mildly, this is not how commercial disputes are typically handled.

Regards,

Ronald J. Fisher
**BRAUNHAGEY & BORDEN** LLP

Direct: (415) 429-4539
Cell: (628) 200-1809

DEFENDANT'S EXHIBIT **F**

**From:** Mark Lanterman <mlanterman@compforensics.com>
**Sent:** Tuesday, November 9, 2021 2:34 PM
**To:** Caitlin Shaw <Shaw@braunhagey.com>; Ron Fisher <Fisher@braunhagey.com>; Hunter Thomson <Thomson@braunhagey.com>

#18.1

**Cc:** Jason Heilman <jheilman@360security.services>
**Subject:** Re: Spectrum Scientifics v. Celestron, Case No. 5:20-cv-03642-EJD (N.D. Cal.)

**\*\*\* EXTERNAL MESSAGE \*\*\***

Ron-  here is my response to your letter of yesterday.


Mark Lanterman
Chief Technology Officer
ComputerForensic Services
800 Hennepin Avenue, 5th Floor
Minneapolis, MN 55403
952-924-9920 office
mlanterman@compforensics.com
www.compforensics.com

**#18.2**