UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Computer Forensic Services, Inc., and 360 Security Services, LLC,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BraunHagey & Borden LLC,<br><br>　　　　Defendant, | Case No. 22-cv-2665 (DWF/ECW)<br><br>Date Complaint filed: Aug. 16, 2022<br><br>**DECLARATION OF BRENDAN M. KENNY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Brendan M. Kenny, declare and state as follows:

　　1.　I am an attorney at the law firm Hellmuth & Johnson PLLC. I represent BraunHagey & Borden LLP[1] (BHB) in this matter. I make this declaration in support of BHB's Motion for a Preliminary Injunction.

　　2.　From July 2022 to the present, I have attempted to engage counsel for Computer Forensic Services, Inc., and 360 Security Services, LLC (CFS), Madel PA, in a discussion about how the class plaintiffs' data and devices could be returned, or at least placed in cold storage pending resolution of the CFS–BHB fee dispute. I have reiterated my client's demand that the data and devices be returned, or at least placed in cold storage. Attached as Exhibits 1–4 are true and correct copies of emails that I have sent or received from Madel PA regarding the class plaintiffs' data and devices.

　　3.　Attached as Exhibit 5 is a true and correct copy of Order Adjudicating Attorney's Lien, *Lanterman v. Afremov*, No. 27-CV-12-22089 at 3 (Minn. Dist. Ct. Jan.

---

[1] BHB was incorrectly sued as BraunHagey & Borden LLC.

3, 2022), downloaded from Minnesota Court Records Online (MCRO) on August 26, 2022.

    I declare under penalty of perjury that everything in this declaration is true and correct.

Dated: November 8, 2022                        By: */s/ Brendan M. Kenny*
                                                      Brendan M. Kenny
                                                      Attorney at Law