| | |
|---|---|
| **From:** | Cassandra B Merrick |
| **To:** | Brendan M. Kenny |
| **Cc:** | Christopher W Madel |
| **Subject:** | Re: Computer Forensic Services v. BHB—Follow Up on Post-Dispute Agreement Proposal |
| **Date:** | Friday, August 12, 2022 10:55:50 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Brendan,

Without addressing the arguments you raised below—which are irrelevant to the straightforward decision about the venue in which this dispute will be arbitrated—CFS will move to compel arbitration on Tuesday, August 16 unless we receive an agreement to arbitrate before either JAMS or AAA by then.

Best,

Cassie Merrick
612-605-0632 (direct)

---

**From:** "Brendan M. Kenny" <bkenny@hjlawfirm.com>
**Date:** Friday, August 12, 2022 at 9:33 AM
**To:** Cassie Merrick <cmerrick@madellaw.com>
**Cc:** Christopher W Madel <cmadel@madellaw.com>
**Subject:** RE: Re: Computer Forensic Services v. BHB—Follow Up on Post-Dispute Agreement Proposal

Cassie,

This follows up on the written post-dispute agreement proposal that we have been preparing for you and your client's consideration. We intended to get this to you this week. Unfortunately, pressing issues in other cases have diverted my client's resources, and the proposal has not yet been finalized on our end. We intend to get the proposal to you early next week.

Thanks,
-Brendan



BRENDAN M. KENNY
Attorney at Law
Direct: 952-746-2139
**hjlawfirm.com**

---

**From:** Brendan M. Kenny
**Sent:** Wednesday, August 3, 2022 7:58 PM
**To:** cmerrick@madellaw.com
**Cc:** cmadel@madellaw.com

DEFENDANT'S
EXHIBIT

2

**Subject:** Re: Computer Forensic Services v. BHB—Follow Up on Arbitration

Cassie,

This follows up on our discussion regarding the status of this matter. As you know, my client contact was on vacation last week and returned to the office on Monday. We are preparing a written post-dispute agreement proposal for you and your client's consideration that we anticipate getting to you next week.

There are also other matters that we discussed during our July 20 call that I wanted to follow up on.

First, you indicated that there is a case involving CFS that you contend supports CFS's position that computer-processing time is appropriately billed as analyst time. I have not seen it. Please provide me with the order in the case that you believe supports CFS's position, and we will review it.

Second, we discussed how your client threatened to destroy the evidence in its possession, and BHB responded by demanding that it be preserved because it is evidence relevant to a pending federal proceeding. Without my client's knowledge or consent, CFS responded by *live-hosting* the data rather than preserving it in cold storage, and now apparently seeks to be paid for that. As I stated to you then, there are few things clearer in the eDiscovery, forensic, and information governance worlds than this: a duty to preserve data and a duty to host data are too entirely different things. Of course, BHB didn't retain CFS to host data, much less serve as a document-review platform.

To the extent that CFS is still hosting the data and purporting to accrue charges, we again emphatically state: CFS must stop immediately. The data should be returned immediately. Please confirm by August 12 that CFS will do so. (At minimum, the data should be preserved, not hosted.)

Thanks,
-Brendan

**BRENDAN M. KENNY**
**Attorney at Law**
Direct: 952-746-2139
Bio | vCard | LinkedIn



8050 West 78th Street, Edina, MN  55439
Office:  952-941-4005
Fax:  952-941-2337

hjlawfirm.com

***Privilege and Confidentiality Notice***
This electronic mail message and any attached files contain information intended for the exclusive use of the specific individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information is prohibited and may be subject to legal restriction or sanction. Please notify the sender, by reply electronic mail or telephone, of any unintended recipients and delete the original message and any attachments without making any copies. Thank you.

This email has been scanned for spam and viruses. Click here to report this email as spam.