IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Computer Forensic Services, Inc. and 360 Security Services LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>BraunHagey & Borden LLC,<br><br>          Defendant. | Case No. 22-cv-02665 (DWF/ECW)<br><br>**DECLARATION OF CASSANDRA MERRICK IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Cassandra Merrick, declare and state as follows:

1. My name is Cassandra Merrick and I, along with Chris Madel, am counsel to Plaintiffs in this Action.

2. Attached hereto as Exhibit 1 is a true and correct copy of the resume of Honorable Jeffrey J. Keyes (Ret.), a former Magistrate Judge of this Court.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Executed in Hennepin County, Minnesota.

Dated: November 9, 2022         */s/ Cassandra Merrick*
                           Cassandra Merrick