IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Computer Forensic Services, Inc. and 360 Security Services LLC, | Case No. 22-cv-02665 (DWF/ECW) |
| Plaintiffs, | **DECLARATION OF AMANDA JEFFERS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| BraunHagey & Borden LLC, | |
| Defendant. | |

I, Amanda Jeffers, declare and state as follows:

1. My name is Amanda Jeffers. I have personal knowledge of the facts sets forth in this Declaration, and I would competently testify as to the matters set forth herein. I am the managing paralegal with the law firm of MADEL PA, which represents the Plaintiffs in the above-captioned action.

2. Attached hereto as Exhibit A is a true and correct listing of the active, unsatisfied judgment against Kimberly Hanlon as accessed from the Minnesota Trial Court Public Access remote view in the matter of *Mugavero v. Hanlon*, Fourth Judicial District Court File No. 27-cv-15-4450, showing an unsatisfied judgment owed in the amount of $111,537.65.

3. Attached hereto as Exhibit B is a true and correct copy of the Order for Entry of Judgment in the matter of *Mugavero v. Hanlon*, Fourth Judicial District Court

File No. 27-cv-15-4450, showing a judgment in the amount of $111,476.57 dated December 1, 2015 against Kimberly M. Hanlon.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Executed in Hennepin County, Minnesota.

Dated: November 9, 2022              */s/ Amanda Jeffers*
                                                                Amanda Jeffers