UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Computer Forensic Services, Inc., and 360 Security Services, LLC,<br><br>    Plaintiffs and Cross-Defendants,<br><br>vs.<br><br>BraunHagey & Borden LLP,<br><br>    Defendant and Cross-Plaintiff, | Case No. 22-cv-02665(DWF/ECW)<br><br>Date Complaint filed: Aug. 16, 2022<br><br>**DECLARATION OF BRENDAN M. KENNY IN SUPPORT OF CROSS-PLAINTIFF BRAUNHAGEY & BORDEN LLP'S OPPOSITION TO MOTION TO COMPEL ARBITRATION** |

I, Brendan M. Kenny, declare and state as follows:

1. I am an attorney at the law firm Hellmuth & Johnson PLLC. I represent BraunHagey & Borden LLP (BHB) in this matter. I make this declaration in support of BHB's Opposition to Motion to Compel Arbitration.

2. From August 2022 to the present, I have attempted to engage counsel for Computer Forensic Services, Inc., and 360 Security Services, LLC (CFS), Madel PA, in a discussion about a post-dispute arbitration agreement. Attached as Exhibits 1–4 are true and correct copies of emails that I have sent or received from Madel PA as part of these efforts.

3. On September 1, 2022, I contacted Retired Judge Jeffrey Keyes via email to inquire regarding his availability to arbitrate this dispute and to determine whether there were any potential conflicts regarding such an arbitration. Attached as Exhibit 5 is a true and correct copy of the response I received from Retired Judge Keyes.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 2, 2022                    By: */s/ Brendan M. Kenny*
                                               Brendan M. Kenny