IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Computer Forensic Services, Inc. and 360 Security Services LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BraunHagey & Borden LLC,<br><br>Defendant. | Case No. 22-cv-02665 (DWF/ECW)<br><br>**SUPPLEMENTAL DECLARATION OF MARK LANTERMAN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL ARBITRATION AND TO SELECT ARBITRATOR PURSUANT TO 9 U.S.C. § 5** |

I, Mark Lanterman, declare and state as follows:

1. My name is Mark Lanterman. I have personal knowledge of the facts sets forth in this Declaration, and I would competently testify as to the matters set forth herein. I am the Chief Technology Officer of Computer Forensic Services, Inc. ("CFS") located in Minneapolis, Minnesota.

2. Following Plaintiffs' request that Defendant agree to arbitrate the parties' dispute, Ron Fisher of Defendant's firm wrote to me advising that Defendant would agree to arbitrate the dispute before "JAMS or the American Arbitration Association," and later reaffirmed that understanding stating that Defendant was "willing to proceed to arbitration before either JAMS or the American Arbitration Association under those bodies' respective commercial arbitration rules, with the arbitrator selected in accordance with the respective rules of those arbitral bodies."

3. Consistent with Fisher's statements that Defendant would agree to arbitrate before AAA or JAMS, Plaintiffs filed their Demand for Arbitration with JAMS, paid the significant filing fee, and served the Demand for Arbitration on Defendant.

4. In 2018, Judge Keyes was engaged to arbitrate a dispute in which CFS was the Plaintiff. CFS's claim was against a client for non-payment of fees. The parties submitted pre-hearing briefing and before any proceedings occurred before Judge Keyes, the opposing side contacted Mark Lanterman to settle the claim. The matter was settled, and neither I nor anyone else from CFS met with Judge Keyes on this matter.

5. In 2020, Judge Keyes mediated a dispute between CFS and two former shareholders who wanted to redeem their shares. I briefly met Judge Keyes in connection with the mediation, and the mediation lasted fewer than approximately four (4) hours. The matter ultimately settled by way of written and telephone correspondence at a later point.

6. In 2022, CFS was retained in connection with an arbitration proceeding before Judge Keyes. I testified remotely in the arbitration, but I had little interaction with Judge Keyes. I am unaware of the status of that arbitration (and whether Judge Keyes had or has offered any opinion related to my testimony).

7. Attached hereto as Exhibit 1 is a true and correct copy of the curriculum vitae for Judge Thomas Fraser (Ret.).

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Executed in Hennepin County, Minnesota.

Dated:  December 16, 2022

                                              Mark Lanterman