UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Computer Forensic Services, Inc. and 360 Security Services, LLC,<br><br>    Plaintiffs and Cross-Defendants,<br><br>vs.<br><br>BraunHagey & Borden LLP,[1]<br><br>    Defendant and Cross-Plaintiff. | Case No. 22-cv-02665 (DWF/ECW)<br><br>Date Complaint filed: Aug. 16, 2022<br><br>**CROSS-PLAINTIFF BRAUNHAGEY & BORDEN LLP AND PLAINTIFFS COMPUTER FORENSIC SERVICES, INC. AND 360 SECURITY SERVICES, LLC'S JOINT STATUS LETTER** |

## INTRODUCTION

Defendant and Cross-Plaintiff BraunHagey & Borden LLP ("BHB") and Plaintiff and Cross-Defendants Computer Forensic Services, Inc. and 360 Security Services, LLC (collectively, "CFS") respectfully submit this Joint Status Letter in response to the Court's May 4, 2023 order. (ECF 65.)

On May 4, 2023, the Court directed BHB and CFS to immediately contact Judge Robert Blaeser to proceed with arbitration of this dispute. (ECF 65.) BHB and CFS engaged Judge Blaeser shortly after the Court's order, and Judge Blaeser held an initial conference on May 22, 2023. On June 2, 2023, Judge Blaeser entered a scheduling order. Pursuant to that scheduling order, BHB and CFS exchanged initial disclosures on June 9, 2023 and have begun the discovery process. The arbitration is scheduled for an evidentiary hearing on January 29 and 30, 2024.

Counsel for CFS consented to the filing of this Joint Status Letter.

---

[1] BraunHagey & Borden LLP was improperly named as "BraunHagey & Borden, LLC".

Respectfully submitted,

**HELLMUTH & JOHNSON**

Date: August 2, 2023

By: */s/ Brendan M. Kenny*
Brendan M. Kenny, #03911791
J. Robert Keena
8050 W. 78th St.
Edina, MN 55439
Phone: 952-941-4005
Fax: 952-941-2337
Email: bkenny@hjlawfirm.com

**BRAUNHAGEY & BORDEN LLP**

Ronald J. Fisher (SBN: 298660)
(*admitted pro hac vice*)
351 California Street, 10th Floor
San Francisco, CA 94104
fisher@braunhagey.com

Mitchell C. Stein (RN: 2250546)
(*admitted pro hac vice*)
118 W 22nd Street, 12th Floor
New York, NY 10011
stein@braunhagey.com

**ATTORNEYS FOR CROSS-PLAINTIFF**

**MADEL PA**

Christopher W. Madel, #230297
Cassandra B. Merrick, #396372
800 Hennepin Avenue
800 Pence Building
Minneapolis, MN 55403
Phone: 612-605-0630
Fax: 612-326-9990
cmadel@madellaw.com
cmerrick@madellaw.com

**ATTORNEYS FOR PLAINTIFFS**