UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Computer Forensic Services, Inc., and 360 Security Services, LLC, | Civil No. 22-2665 (DWF/ECW) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| BraunHagey & Borden LLC, | |
| Defendant. | |

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on October 26, 2023, (Doc. No. [69]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: October 30, 2023

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge